FILED
2005 Aug-29 PM 01:20
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| VICTOR ANTONIO GLOVER, ] | |
| Petitioner, ] | |
| vs. ] | CIVIL ACTION NO. 02-RDP-RRA-0760-W |
| ALABAMA DEPARTMENT OF ] CORRECTIONS, ET AL., ] | |
| Respondents. ] | |

### MEMORANDUM OPINION

The court has considered the entire file in this action, together with the Magistrate Judge's Report and Recommendation, and the objections of Petitioner, and has reached an independent conclusion that the Report and Recommendation is due to be adopted and approved. The court hereby **ADOPTS** and **APPROVES** the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accordance with the recommendation, this Petition for writ of habeas corpus is due to be **DISMISSED WITH PREJUDICE**. An appropriate order will be entered.

**DONE** and **ORDERED** this      29th      day of August, 2005.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE